In the Matter of Olivia Cooper BIBB, Respondent.

(472 S.E. (2d) 233)

Supreme Court

June 10, 1996.

## ORDER

Respondent is an attorney licensed to practice law in South Carolina. She petitions to be transferred to disability inactive status pursuant to Paragraph 19 of Rule 413, SCACR.

The petition is granted and respondent is transferred to disability inactive status until further order of this Court.

IT IS SO ORDERED.

/s/ Ernest A. Finney, Jr., C.J.
/s/ Jean H. Toal, J.
/s/ James E. Moore, J.
/s/ John H. Waller, Jr., J.
/s/ E.C. Burnett, III, J.